```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                          CRIMINAL ACTION NO. 2:03-00044-01

**DONELL DONTE PADGETT**

### MEMORANDUM OPINION AND ORDER

Pending is defendant's motion to modify sentence, filed March 3, 2008, pursuant to 18 U.S.C. § 3582(c)(2). The motion to modify sentence is based upon the November 1, 2007, amendment to U.S.S.G. § 2D1.1, which the United States Sentencing Commission made retroactive effective March 3, 2008.

On February 27, 2008, the court, <u>sua sponte</u>, entered an order reducing defendant's sentence from 108 to 87 months. The order, effective March 3, 2008, effectively accorded defendant the full benefit of the retroactive section 2D1.1 amendment. The court, accordingly, ORDERS that defendant's motion to modify sentence be, and it hereby is, denied as moot.

To the extent defendant seeks a departure or variance sentence below the reduced 87 month sentence, the court ORDERS that the motion be, and it hereby is, denied. <u>See</u> U.S.S.G. § 1B1.10(a)(3) ("Consistent with subsection (b), proceedings under 18 U.S.C. § 3582(c)(2) and this policy statement do not constitute a full resentencing of the defendant."); U.S.S.G. § 1B1.10(b)(1) ("the court shall substitute only the amendments listed in subsection (c) for the corresponding guideline provisions that were applied when the defendant was sentenced and shall leave all

other guideline application decisions unaffected."); <u>United States v. Legree</u>, 205 F.3d 724, 730 (4th Cir. 2000) ("A motion pursuant to § 3582(c) 'is not a do-over of an original sentencing proceeding where a defendant is cloaked in rights mandated by statutory law and the Constitution.'").

      The Clerk is DIRECTED to send a copy of this order to the defendant, the United States Attorney, and the United States Probation Office.

      ENTER: March 11, 2008

      _____
      John T. Copenhaver, Jr.
      United States District Judge